IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PHYLLIS SPELL,

    Plaintiff,

v.

INVENTURE FOODS, INC.,

    Defendant.

Case No. 3:21-CV-1426-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Dismissal dated March 31, 2022 (Doc. 6), this entire action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:  March 31, 2022

MONICA A. STUMP,
Clerk of Court

By:  s/ *Deana Brinkley*
      Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**